UNITED STATES, Appellee

v

MICHAEL A. SCHULTZ, Private, U. S. Army, Appellant

16 USCMA 488, 37 CMR 108

No. 19,825

January 27, 1967

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Major David J. Passamaneck* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski* and *Captain L. Dean Moore* were on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

Two specifications purporting to charge an unauthorized absence, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886, were laid against the accused. One contains no allegation to indicate the absence was without authority. The omission is fatal to the legal sufficiency of the specification. United States v Fout, 3 USCMA 565, 13 CMR 121.

The finding of guilty of specification 1 is set aside, and the charge is ordered dismissed. The record of trial is returned to the board of review for reconsideration of the sentence.